HELEN RAHNEFELD v. SECURITY INSURANCE
COMPANY OF HARTFORD.

July 7, 1987.

Petition for certification granted.

JOHN SEGARRA v. STATE FARM INSURANCE COMPANY.

July 7, 1987.

Petition for certification granted.

TOWNSHIP OF WEST ORANGE v. ESTATE OF
MACLYN S. GOLDMAN.

July 7, 1987.

Petition for certification denied.